U.S. Department of Justice
United States Attorney
Eastern District of New York

F.# 2011RO0976

225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S
U.S. DISTRICT COURT E
★ JAN 09 2012
BROOKLYN OFFICE

January 6, 2012

Re: U.S. vs. Joseph Joel DiCosta
Criminal Docket No. CR-12-014

Dear Mr. Joseph Joel DiCosta:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza, Brooklyn, New York, on Thursday the 19th day of January, 2012 at 11:00 A.M., A. Simon Chrein Ceremonial Courtroom 2A, South Wing, 2nd floor. At that time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you fail to attend, a warrant will be sought for your arrest.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the new Courthouse building at least one hour before the case is to be called so that a pretrial services report can be completed.

Very truly yours,

Lorretta Lynch
UNITED STATES ATTORNEY

By: *Brenda Lewis*
Brenda L. Lewis
Paralegal Assistant

CC: Hon. Nicholas Garaufis (Mag. Pollak will accept the plea)

Jacquelyn M. Kasulis
Assistant U.S. Attorney

Louis Esposito, Esq.

Pretrial Services Officer