LOUIS C. ESPOSITO
ATTORNEY AT LAW
411 POMPTON AVE. SUITE # 4
CEDAR GROVE, NEW JERSEY 07009
TEL (973) 857- 5104
FAX (973) 857- 3387
EMAIL: LESPOSITOESQ.@VERIZON.NET

February 23, 2012

Hon. Nicholas Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      **RE:**    **United States of America vs. Joseph DiCosta**
             **CR No.: 12 CR 014**

Dear Judge:

      This letter will confirm my conversation with your Courtroom deputy wherein an adjournment of the above matter was granted. The conference was originally scheduled for March 2, 2012 and has been carried to March 30, 2012 at 11:00 A.M.

      The application has the consent of Assistant U.S. A. Jacquelin M. Kasulis and will give us time to agree upon a plea in the matter.

      The undersigned with the consent of the defendant agrees that the tine should be excluded for purposes of speedy trial till March 30, 2012

                                                 Respectfully submitted,

                                                 LOUIS C. ESPOSITO

LCE:cle

CC: Ms. Jacquelin M. Kasulis A.U.S.A.
    Eastern District of New York
    271 Cadman Plaza East
    Brooklyn, N.Y. 11201